## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

*In re:*

Llewellyn Smith Drummond

CASE NO. 10-74990-SCS

      Debtor(s)

---

### REPORT OF DEPOSIT OF SMALL DIVIDENDS/UNCLAIMED FUNDS

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "US Bankruptcy Court" representing small dividends/unclaimed funds to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends/unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| BB& T Bankruptcy<br>P.O. Box 1847<br>Wilson, NC 27894 | **$3.62** |
| **TOTAL** | **$3.62** |

Dated: September 8, 2011

Carolyn L. Camardo, Trustee
VSB #23814
258 N. Witchduck Road, Suite C
Virginia Beach, VA 23462
(757) 490-2200

Printed: 09/07/11 01:59 PM

## Claims Distribution Small Checks

Page: 1

### Trustee: CAROLYN L. CAMARDO (660050)

Case: 10-74990 - DRUMMOND, LLEWELLYN SMITH

| Account No. | Check No. Issued | | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 9200918696O266 | 105 | 09/07/11 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $3.62 |
| | | 4 | 03/08/11 | 610 | BB&T Bankruptcy | 309.67 | 309.67 | 3.62 | 3.62 |

(*) Denotes objection to Amount Filed

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends/Unclaimed Funds was sent via email this 8th day of September, 2011 to:

Office of the US Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, VA  23510
[USTPRegion04.NO.ECF@usdoj.gov]

Carolyn L. Camardo, Trustee